**Order Filed on March 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin, Esq.
*Proposed Counsel to Jay L. Lubetkin,
Chapter 7 Trustee*

In Re:

VANESSA C. RUSSY,

                            Debtor.

Chapter 7

Case No. 20-11528 (VFP)

Hearing Date: March 17, 2020

**ORDER (I) APPROVING SALE OF REAL PROPERTY LOCATED AT 862 LINCOLN
AVENUE, MAYWOOD, NEW JERSEY FREE AND CLEAR OF LIENS, CLAIMS AND
INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), (H), AND (M) TO KENNETH
KACMAR; AND (II) AUTHORIZING THE TRUSTEE TO SATISFY CLOSING COSTS,
BROKER'S COMMISSIONS AND OUTSTANDING MORTGAGES AND REAL
ESTATE TAXES FROM SALE PROCEEDS**

        The relief set forth on the following pages, numbered two (2) through (4), is hereby

**ORDERED**.

 **DATED: March 20, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtor: | Vanessa C. Russy |
| Case No.: | 20-11528 (VFP) |
| Caption of Order: | ORDER (I) APPROVING SALE OF REAL PROPERTY LOCATED AT 862 LINCOLN AVENUE, MAYWOOD, NEW JERSEY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), (H), AND (M) TO KENNETH KACMAR; AND (II) AUTHORIZING THE TRUSTEE TO SATISFY CLOSING COSTS, BROKER'S COMMISSIONS AND OUTSTANDING MORTGAGES AND REAL ESTATE TAXES FROM SALE PROCEEDS |

**THIS MATTER** having been opened to the Court by Rabinowitz, Lubetkin & Tully, LLC, proposed attorneys for Jay L. Lubetkin, (the "Trustee"), Trustee for the bankruptcy estate of Vanessa C. Russy (the "Debtor"), upon the filing by of a Notice of Motion, related Verified Application, and proposed form of Order seeking Bankruptcy Court approval of the sale of the Debtor's real property located at 862 Lincoln Avenue, Maywood, New Jersey (the "Property") to Kenneth Kacmar or such other higher and better offeror, free and clear of liens, claims, interests, and encumbrances, such to attach to the proceeds of sale, for a purchase price of $510,000 with no contingencies whatsoever; and the Court having considered the Verified Application filed in support hereof; and the Court having concluded that the sale of the Debtor's Property is a sound exercise of the Trustee's business judgment given the pendency of this bankruptcy proceeding as a Chapter 7 matter in which the Trustee has a fiduciary duty to marshal and liquidate assets for the benefit of creditors; and the Court noting the assertion by M&T Bank that its allowed secured claim was in the amount of $227,000; and the Court noting that the Property is also encumbered by the secured claim of New Jersey Home Keeper Loan Program in the amount of $30,000 that the proposed purchase price under the Agreement of Sale to Kenneth Kacmar is $510,000, such that consummation of the sale will generate excess proceeds over and above the secured creditors' claims for the benefit of the bankruptcy estate; and the Court noting no prior relationship between the Trustee and Kenneth Kacmar and the Trustee's Verified Application

(Page 3)

Debtor:                Vanessa C. Russy

Case No.:              20-11528  (VFP)

Caption of Order:      ORDER (I) APPROVING SALE OF REAL PROPERTY LOCATED AT
                       862 LINCOLN AVENUE, MAYWOOD, NEW JERSEY FREE AND
                       CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11
                       U.S.C. § 363(B), (F), (H), AND (M) TO KENNETH KACMAR; AND
                       (II) AUTHORIZING THE TRUSTEE TO SATISFY CLOSING COSTS,
                       BROKER'S COMMISSIONS AND OUTSTANDING MORTGAGES
                       AND REAL ESTATE TAXES FROM SALE PROCEEDS

---

that the proposed Agreement of Sale was negotiated in good faith and at arm's-length; and the

Court having considered any higher and better offers made at the hearing for the entry hereof;

and good and sufficient cause existing for the making and entry of the within Order;

It is on this _____ day of _____, 2020

      **ORDERED** that the Court expressly finds Kenneth Kacmar is a good faith purchaser in

accordance with the provisions of in In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 143

(3d Cir. 1986) who has agreed to pay "value" for the Debtor's Property; and it is further

      **ORDERED** that the sale of the Debtor's Property by the Trustee in accordance with the

provisions of the contract represents a sound exercise of the Trustee's good faith business

judgment; and it is further

      **ORDERED** that the purchase price under the proposed Agreement with Kenneth Kacmar

represents "fair value" and "reasonable and appropriate value" for the Debtor's Property; and it

is further

      **ORDERED** that as a result, the Court hereby approves the Agreement between the

Trustee as seller and Kenneth Kacmar as purchaser for the sale of the Debtor's Property pursuant

to 11 U.S.C. § 363(b), (f), (h), and (m) free and clear of liens, claims, interests, and

encumbrances, including the secured claims of M&T Bank and New Jersey Home Keeper

Program, and tenancies of any tenants, such to attach to the proceeds of sale, and the Trustee is

(Page 4)

Debtor:                    Vanessa C. Russy

Case No.:                  20-11528  (VFP)

Caption of Order:          ORDER (I) APPROVING SALE OF REAL PROPERTY LOCATED AT
                           862 LINCOLN AVENUE, MAYWOOD, NEW JERSEY FREE AND
                           CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11
                           U.S.C. § 363(B), (F), (H), AND (M) TO KENNETH KACMAR; AND
                           (II) AUTHORIZING THE TRUSTEE TO SATISFY CLOSING COSTS,
                           BROKER'S COMMISSIONS AND OUTSTANDING MORTGAGES
                           AND REAL ESTATE TAXES FROM SALE PROCEEDS

---

hereby authorized, directed, and empowered to consummate such sale transaction; and it is

further

      **ORDERED**, that the Closing Agent for the Buyer is authorized to make

disbursements at time of Closing to the following:

   a.  First Mortgage lien to M&T Bank;

   b.  Second Mortgage lien to New Jersey Home Keeper Program;

   c.  Real Estate Broker/Agent Commissions per the Contract of Sale and Order of Retention;

   d.  Necessary adjustments for Real Property Taxes as of date of Closing;

   e.  Cost of Closing chargeable to the Seller for filing, wire and delivery fees;

   f.  Co-owner, Lee Russy an amount equal to one-half the net proceeds after payment of the
       above;

   g.   All remaining funds shall then be delivered to Jay L Lubetkin as Chapter 7 Trustee c/o

       Jeffrey Cooper, Esq. attorney for the Trustee.

      **ORDERED** that the Court hereby waives the fourteen (14) day stay of Federal

Rule of Bankruptcy Procedure 6004(g) such that immediately upon entry of this Order, the

proposed sale transaction may close.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 20-11528-VFP
Vanessa C. Russy                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 20, 2020
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db              +Vanessa C. Russy,   60 Grove Ave,   Maywood, NJ 07607-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          Bruce W. Radowitz    on behalf of Creditor LEE  RUSSY torreso78@gmail.com,
           r45676@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Jeffrey A. Cooper    on behalf of Trustee Jay L. Lubetkin jcooper@rltlawfirm.com,
           cooperatty@aol.com;rgaydos@rltlawfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Pegg, Jr.    on behalf of Debtor Vanessa C. Russy williamlpeggjr@gmail.com,
           williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
                                                                          TOTAL: 7