Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−11528−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Vanessa C. Russy
 60 Grove Ave
 Maywood, NJ 07607

Social Security No.:
 xxx−xx−7224

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 6/30/20
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Rabinowitz, Lubetkin & Tully, LLC,

COMMISSION OR FEES
$24,335.00,

EXPENSES
$588.31

If this is a chapter 13 case, the fees and expenses awarded:

☐  will not reduce the amount to be paid to general unsecured
  creditors under the plan.

☐  will reduce the amount to be paid to general unsecured
  creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 3, 2020
JAN:

                                                  Jeanne Naughton
                                                  Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 20-11528-VFP
Vanessa C. Russy                                             Chapter 7
         Debtor             CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Jun 03, 2020
                             Form ID: 137             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db             +Vanessa C. Russy,    60 Grove Ave,    Maywood, NJ 07607-2010
aty            +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,   Suite 100,
                 Livington, NJ 07039-1711
cr             +LEE RUSSY,    C/O BRUCE W. RADOWITZ, ESQ,    636 CHESTNUT STREET,    UNION, NJ 07083-9320
r              +Remax Solutions,    Remax Solutions,    99 Northfield Avenue,   West Orange, NJ 07052-4793
518685967      +American Express,    PO Box 1270,    Newark, NJ 07101-1270
518796848       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518808588       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
518685969      +Genesis FS Card Services,    POB 84049,    Columbus, GA 31908-4049
518685971     #+Kenneth Kacmar,    199 Manning Ave.,    River Edge, NJ 07661-1327
518748046      +Lee Russy,    Att: Bruce W. Radowitz, Esq.,    636 Chestnut Street,   Union, NJ 07083-9320
518685973      +Lee Russy,    862 Lincoln Ave.,    Maywood, NJ 07607-1714
518685976      +Marzano Lesnevick Law Group,    Court Plaza South,    21 Main Street, Suite 250,
                 Hackensack, NJ 07601-7086
518685978      +Russo Petruillo Law Group, LLC,    79 Main Street, Suitge 2,    Hackensack, NJ 07601-8100
518685979       Target Card Services,    POB 660170,    Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 03 2020 23:13:28     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518685968      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:12:59     Comenity Bank,
                 POB 659834,    San Antonio, TX 78265-9134
518685970       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 03 2020 23:12:49     IRS,    POB 37004,
                 Hartford, CT 06176-7004
518685972      +E-mail/Text: bncnotices@becket-lee.com Jun 03 2020 23:12:34     Kohl's,    POB 1456,
                 Charlotte, NC 28201-1456
518685974      +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:17:26     Lowe's,    PO Box 530914,
                 Atlanta, GA 30353-0914
518685975      +E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     M&T,    POB 62182,
                 Baltimore, MD 21264-2182
518822049       E-mail/Text: bnc-quantum@quantum3group.com Jun 03 2020 23:13:16
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
518758277       E-mail/Text: bnc-quantum@quantum3group.com Jun 03 2020 23:13:16
                 Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
518822039       E-mail/Text: bnc-quantum@quantum3group.com Jun 03 2020 23:13:16
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
518689819      +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:15:55     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518831132      +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:16:37     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518738744      +E-mail/Text: bncmail@w-legal.com Jun 03 2020 23:13:36     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518685977       New Jersey Home Keeper Loan Program,    POB 18550,    88650
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jun 03, 2020
                              Form ID: 137             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              Bruce W. Radowitz     on behalf of Creditor LEE   RUSSY torreso78@gmail.com,
               r45676@notify.bestcase.com
              Bruce W. Radowitz     on behalf of Plaintiff Lee   Russy torreso78@gmail.com,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jeffrey A. Cooper     on behalf of Trustee Jay L. Lubetkin jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William L. Pegg, Jr.     on behalf of Debtor Vanessa C. Russy williamlpeggjr@gmail.com,
               williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
                                                                                             TOTAL: 8
```