| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>RABINOWITZ, LUBETKIN & TULLY, LLC<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Jay L. Lubetkin, Esq.<br>Counsel to Jay L. Lubetkin, Chapter 7 Trustee | Order Filed on July 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>VANESSA C. RUSSY,<br><br>                          Debtor. | Case No.:    20-11528<br><br>Hearing Date:   6/30/2020 2:00 p.m.<br><br>Judge:    PAPALIA<br><br>Chapter:    7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 2, 2020**

                                                      **Honorable Vincent F. Papalia**
                                                      **United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Rabinowitz, Lubetkin & Tully, LLC<br>Counsel to Chapter 7 Trustee | $24,335.00 | $588.31 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Vanessa C. Russy  
    Debtor

Case No. 20-11528-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 02, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.  
db          +Vanessa C. Russy,    60 Grove Ave,    Maywood, NJ 07607-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:

       Bruce W. Radowitz    on behalf of Creditor LEE   RUSSY torreso78@gmail.com, r45676@notify.bestcase.com  
       Bruce W. Radowitz    on behalf of Plaintiff Lee   Russy torreso78@gmail.com, r45676@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com, rgaydos@rltlawfirm.com  
       Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
       Jeffrey A. Cooper    on behalf of Trustee Jay L. Lubetkin jcooper@rltlawfirm.com, cooperatty@aol.com;rgaydos@rltlawfirm.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
       William L. Pegg, Jr.    on behalf of Debtor Vanessa C. Russy williamlpeggjr@gmail.com, williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com

                                                                                                                                      TOTAL: 8