Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 20−11528−VFP
                              Chapter: 7
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Vanessa C. Russy
    60 Grove Ave
    Maywood, NJ 07607

Social Security No.:
    xxx−xx−7224

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 24, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 53 − 46
Order on Motion to Declare Debt Non−Dischargable. Money Judgment in favor of Lee Russy and against Vanessa C. Russy in the amount of $ 44,015.55 (related document:46 Motion (Generic) filed by Creditor LEE RUSSY) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/23/2020. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 24, 2020
JAN: jf

                                                         Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Vanessa C. Russy  
    Debtor

Case No. 20-11528-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 24, 2020  
                      Form ID: orderntc     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.
```
db          +Vanessa C. Russy,    60 Grove Ave,    Maywood, NJ 07607-2010
aty         +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
              Livington, NJ 07039-1711
cr          +LEE RUSSY,    C/O BRUCE W. RADOWITZ, ESQ,    636 CHESTNUT STREET,    UNION, NJ 07083-9320
r           +Remax Solutions,    Remax Solutions,    99 Northfield Avenue,    West Orange, NJ 07052-4793
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 00:54:42
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
```
                                                                                                                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:
```
              Bruce W. Radowitz    on behalf of Plaintiff Lee  Russy torreso78@gmail.com,
               r45676@notify.bestcase.com
              Bruce W. Radowitz    on behalf of Creditor LEE  RUSSY torreso78@gmail.com,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jeffrey A. Cooper    on behalf of Trustee Jay L. Lubetkin jcooper@rltlawfirm.com,
               cooperatty@aol.com;rgaydos@rltlawfirm.com
              John J. Harmon    on behalf of Trustee Jay L. Lubetkin jharmon@rltlawfirm.com,
               johnharmon42@gmail.com;rgaydos@rltlawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William L. Pegg, Jr.    on behalf of Debtor Vanessa C. Russy williamlpeggjr@gmail.com,
               williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
```
                                                                                                                                                 TOTAL: 9