Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:   20−11528−VFP
           Chapter:   7
           Judge:   Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Vanessa C. Russy
 60 Grove Ave
 Maywood, NJ 07607

Social Security No.:
 xxx−xx−7224

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
OF HEARING ON APPLICATIONS FOR COMPENSATION
(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

 THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

 NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Vincent F. Papalia on:

DATE:     October 27, 2020
TIME:     02:00 PM
LOCATION:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:    $510,000.00
TOTAL DISBURSEMENTS:  $444,299.99
BALANCE ON HAND:   $65,700.01

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Jay L. Lubetkin, Trustee

COMMISSION OR FEES
$27,492.50

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: September 25, 2020
JAN: mff

                                                                         Jeanne Naughton
                                                                         Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                        Case No. 20-11528-VFP
Vanessa C. Russy                                              Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin             Page 1 of 2         Date Rcvd: Sep 25, 2020
                            Form ID: 192            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db             +Vanessa C. Russy,    60 Grove Ave,   Maywood, NJ 07607-2010
aty            +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,   Suite 100,
                 Livington, NJ 07039-1711
cr             +LEE RUSSY,    C/O BRUCE W. RADOWITZ, ESQ,    636 CHESTNUT STREET,   UNION, NJ 07083-9320
r              +Remax Solutions,    Remax Solutions,    99 Northfield Avenue,   West Orange, NJ 07052-4793
518685967      +American Express,    PO Box 1270,   Newark, NJ 07101-1270
518796848       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518808588       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
518685969      +Genesis FS Card Services,    POB 84049,    Columbus, GA 31908-4049
518685971     #+Kenneth Kacmar,    199 Manning Ave.,   River Edge, NJ 07661-1327
518685972      +Kohl's,   POB 1456,    Charlotte, NC 28201-1456
518748046      +Lee Russy,    Att: Bruce W. Radowitz, Esq.,    636 Chestnut Street,   Union, NJ 07083-9320
518685973     #+Lee Russy,    862 Lincoln Ave.,    Maywood, NJ 07607-1714
518685976      +Marzano Lesnevick Law Group,    Court Plaza South,    21 Main Street, Suite 250,
                 Hackensack, NJ 07601-7086
518685978      +Russo Petruillo Law Group, LLC,    79 Main Street, Suitge 2,    Hackensack, NJ 07601-8100
518685979       Target Card Services,    POB 660170,   Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2020 00:30:21      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2020 00:30:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518685968      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2020 00:30:03      Comenity Bank,
                 POB 659834,    San Antonio, TX 78265-9134
518685970       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 26 2020 00:29:49      IRS,   POB 37004,
                 Hartford, CT 06176-7004
518685974      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 00:40:20      Lowe's,   PO Box 530914,
                 Atlanta, GA 30353-0914
518685975      +E-mail/Text: camanagement@mtb.com Sep 26 2020 00:29:59      M&T,   POB 62182,
                 Baltimore, MD 21264-2182
518822049       E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2020 00:30:13
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA   98083-0788
518758277       E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2020 00:30:13
                 Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
                 Kirkland, WA   98083-0788
518822039       E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2020 00:30:13
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
518689819      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 00:39:02      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
518831132      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 00:40:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
518738744      +E-mail/Text: bncmail@w-legal.com Sep 26 2020 00:30:32      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518685977       New Jersey Home Keeper Loan Program,    POB 18550,   88650
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 25, 2020
                              Form ID: 192             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:

```
          Bruce W. Radowitz    on behalf of Creditor LEE  RUSSY torreso78@gmail.com,
           r45676@notify.bestcase.com
          Bruce W. Radowitz    on behalf of Plaintiff Lee  Russy torreso78@gmail.com,
           r45676@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Jeffrey A. Cooper    on behalf of Trustee Jay L. Lubetkin jcooper@rltlawfirm.com,
           cooperatty@aol.com;rgaydos@rltlawfirm.com
          John J. Harmon    on behalf of Trustee Jay L. Lubetkin jharmon@rltlawfirm.com,
           johnharmon42@gmail.com;rgaydos@rltlawfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Pegg, Jr.    on behalf of Debtor Vanessa C. Russy williamlpeggjr@gmail.com,
           williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com
                                                                                              TOTAL: 9
```