| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JAY L. LUBETKIN<br>RABINOWITZ, LUBETKIN & TULLY<br>293 EISENHOWER PARKWAY<br>SUITE 100<br>LIVINGSTON, NJ 07039<br>Chapter 7 Trustee | Order Filed on October 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>RUSSY, VANESSA C.<br><br>      Debtor. | Case No.: 20-11528-VFP<br><br>Judge: VINCENT F. PAPALIA |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 27, 2020**

                                                        **Honorable Vincent F. Papalia**
                                                        **United States Bankruptcy Judge**

Page 2
Debtor: RUSSY, VANESSA C.
Case No.: 20-11528-VFP
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

      Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $27,492.50 is reasonable compensation for the services in this case by JAY L. LUBETKIN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.