| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JAY L. LUBETKIN<br>RABINOWITZ, LUBETKIN & TULLY<br>293 EISENHOWER PARKWAY<br>SUITE 100<br>LIVINGSTON, NJ 07039<br>Chapter 7 Trustee | Order Filed on October 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>RUSSY, VANESSA C.<br>      Debtor. | Case No.: 20-11528-VFP<br><br>Judge: VINCENT F. PAPALIA |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 27, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: RUSSY, VANESSA C.
Case No.: 20-11528-VFP
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $27,492.50 is reasonable compensation for the services in this case by JAY L. LUBETKIN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-11528-VFP |
| Vanessa C. Russy | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

**Recip ID            Recipient Name and Address**
db                + Vanessa C. Russy, 60 Grove Ave, Maywood, NJ 07607-2010

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

**Name**                **Email Address**

Bruce W. Radowitz
on behalf of Plaintiff Lee Russy torreso78@gmail.com r45676@notify.bestcase.com

Bruce W. Radowitz
on behalf of Creditor LEE RUSSY torreso78@gmail.com r45676@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jay L. Lubetkin
jlubetkin@rltlawfirm.com NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

Jay L. Lubetkin
on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com
NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

Jeffrey A. Cooper

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Trustee Jay L. Lubetkin jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com |
| John J. Harmon | |
|  | on behalf of Trustee Jay L. Lubetkin jharmon@rltlawfirm.com  johnharmon42@gmail.com;rgaydos@rltlawfirm.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |
| William L. Pegg, Jr. | |
|  | on behalf of Debtor Vanessa C. Russy williamlpeggjr@gmail.com williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com |

TOTAL: 9